IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBETTE LERNER,<br><br>        Plaintiff,<br><br>vs.<br><br>AETNA HEALTH MANAGEMENT, LLC,<br>a Delaware Limited Liability Company;<br><br>        Defendant. | 8:20CV233<br><br>ORDER |

Defendant's unopposed motion to continue, (Filing No. 30), is granted as follows:

1) The deadline for requesting leave to serve discovery is extended to January 21, 2021.

2) The deadline for responding to Plaintiff's Motion to Compel is extended to January 4, 2021.

3) The deadline for filing the administrative record, and cross-motions for summary judgment based on that record is extended to May 21, 2021.

Dated this 22nd day of December, 2020.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge