# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBETTE LERNER,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA HEALTH MANAGEMENT, LLC, a Delaware Limited Liability Company; and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | **8:20CV233**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 63). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party responsible for their own attorneys' fees and costs.

Dated this 8th day of July, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge